PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Charles M. Benterud                Case Number: 2:05CR00058-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 17, 2005         Type of Supervision: Supervised Release

Original Offense: Distribution of Child Pornography,  Date Supervision to Commence: January 3, 2014
18 U.S.C. § 2252A(a)(1)

Original Sentence: Prison - 108 months               Date Supervision to Expire: January 2, 2016
                   TSR - 36 months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall reside in a residential reentry center (RRC) for a period of up to 120 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Recent contact with Mr. Benterud suggests the above-mentioned modification is appropriate, as he is a registered sex offender and homeless. In an attempt to provide a conducive environment for supervision purposes, it is requested that the Court modify the conditions of supervision to include the aforementioned condition.

Mr. Benterud was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Benterud has agreed to the proposed modification.

It is anticipated that Mr. Benterud will secure adequate housing and employment while residing at the RRC. If the Court concurs with the request for modification, it is requested he be allowed to release from the RRC when legitimate housing has been secured and approved by the undersigned officer.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted to allow Charles Benterud to reside at the RRC for a period of up to 120 days.

Prob 12B
**Re: Benterud, Charles**
**December 11, 2013**
**Page 2**

Respectfully submitted,

by    s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer
Date: December 11, 2013

THE COURT ORDERS

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Other

*Edward F. Shea*
Signature of Judicial Officer

12-16-2013
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

20  You shall reside in a residential reentry center (RRC) for a period of up to 120 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness: _____        Signed: X_____
            Tommy Rosser                              Charles Benterud
         U.S. Probation Officer                  Probationer or Supervised Releasee

                        12/10/13
                        _____
                         Date