# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Charles M. Benterud | Case Number: 2:05CR00058-EFS-1 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: November 17, 2005 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(1) | Date Supervision Commenced: January 3, 2014 |
| Original Sentence: Prison - 108 months  TSR - 36 months | Date Supervision Expires: January 2, 2017 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21   You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

## CAUSE

Recent contact with Mr. Benterud suggests that the above-mentioned modification is appropriate. In an attempt to provide federal funding, if necessary, it is requested that the Court modify the conditions of supervision to include the aforementioned condition. Mr. Benterud participated in a psychosexual evaluation in March 2014. The provider strongly recommended he address any prevailing mental concerns to include possible use of medication.

Charles Benterud was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Benterud has agreed to the proposed modifications.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted requiring Charles Benterud to participate in mental health treatment at the direction of the U.S. Probation Office.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| | by | s/Tommy Rosser |
| | | Tommy Rosser  U.S. Probation Officer  Date: May 1, 2014 |

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

s/ Edward F. Shea

Signature of Judicial Officer

May 5, 2014

Date