PROB 12C
(7/93)

Report Date: October 13, 2015

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles M Benterud    Case Number: 2:05CR00058-EFS-1

Address of Offender:    Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 17, 2005

| | |
|---|---|
| Original Offense: | Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(1) |
| Original Sentence: | Prison - 108 months<br>TSR - 36 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Jared C. Kimball |
| | Date Supervision Commenced: January 3, 2014 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: January 2, 2017 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: Defendant shall be prohibited from possessing or manufacturing any material, including videos, magazines, photographs, computer-generated depictions, or any other forms that depict sexually explicit conduct involving children or adults, as defined at 18 U. S. C. § 2256(2). Neither shall defendant enter nor frequent any establishment involved in the sex industry, including adult bookstores, massage parlors, and strip bars. Defendant shall not utilize any sex-related adult telephone numbers. The supervising probation officer is authorized to monitor compliance in this area by obtaining telephone records.<br><br>**Supporting Evidence**: Charles Benterud violated the conditions of his supervised release in Spokane, Washington, by admitting to his supervising probation officer that he viewed and possessed pornographic material on or about September 7, 2015, while working a temporary job at Recorded Memories through Evergreen Employment Services. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Benterud, Charles M**
**October 13, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/13/2015

s/Tommy Rosser

Tommy Rosser
Supervising U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[XX]  The Issuance of a Summons
[  ]   Other

*Edward F. Shea*

Signature of Judicial Officer

 October 13, 2015

Date