PROB 12C
(7/93)

Report Date: April 6, 2016

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Apr 06, 2016
SEAN F. MCAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Charles M. Benterud Case Number: 0980 2:05CR00058-EFS-1

Address of Offender: [redacted] Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 17, 2005

Original Offense: Distribution of Child Pornography, 18 U.S.C. § 2252A(a)(1)

Original Sentence: Prison - 108 months
TSR - 36 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Jared C. Kimball

Date Supervision Commenced: January 3, 2014

Defense Attorney: Amy H. Rubin

Date Supervision Expires: January 2, 2017

---

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on October 13, 2015.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 19**: Defendant shall not possess or use any computer with access to any Internet/on-line computer service without the advance approval of the supervising probation officer. This includes any Internet service provider, bulletin board system, or any other public or private computer network.<br><br>**Supporting Evidence**: On March 28, 2016, Mr. Benterud violated his conditions of supervised release in Spokane, Washington, by accessing the Internet by computer without the advanced approval of the supervising probation officer. On March 28, 2016, the undersigned officer observed the offender on a public computer accessing the Internet at his apartment complex. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/06/2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

April 6, 2016

Date